DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAVIER ROCHA-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> v. <br><br> JAVIER ROCHA-VASQUEZ, <br><br> *Defendant.* | No. 1:11-cr-00272 AWI <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING <br><br> DATE:  October 24, 2011 <br> TIME:  9:00 A.M. <br> JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 6, 2011, **may be continued to October 24, 2011 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow time for proper preparation of the case. This is the first status conference and defense needs additional time to review the discovery, view the evidence, and meet with the client. Defense also requests additional time to enter into plea negotiations with the government. The requested continuance will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court. Assistant United States Attorney Jeremy Jehangiri has no objection to this request.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 30, 2011         By: /s/ Jeremy Jehangiri
                                   JEREMY JEHANGIRI
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

                                   DANIEL J. BRODERICK
                                   Federal Defender

DATED: August 30, 2011         By: /s/ Charles J. Lee
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JAVIER ROCHA-VASQUEZ

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded pursuant to  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:    August 30, 2011                                   _____
                                                            CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order to
Continue Status Conference Hearing                2