# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America <br> vs. <br> Javier Rocha-Vasquez | Case No.   1:11CR0272 |

**FILED** OCT 25 2011 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Javier Rocha-Vasquez___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition:

You are released to the third party custody of Yolanda Ramirez.

All other previously ordered conditions of release not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

___[signature]___  09/26/11        ___[signature]___  9-26-11
Signature of Defendant     Date         Pretrial Services Officer    Date
Javier Rocha-Vasquez                    Lydia Serrano

I have reviewed the conditions and concur that this modification is appropriate.

___[signature]___                       10/24/11
Signature of Assistant United States Attorney    Date
Jeremy Jehangiri

I have reviewed the conditions with my client and concur that this modification is appropriate.

___[signature]___                       10/20/11
Signature of Defense Counsel             Date
Charles Lee

### ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on   10/25/11
[ ] The above modification of conditions of release is *not* ordered.

___[signature]___                       10/25/11
Signature of Judicial Officer            Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services