DANIEL J. BRODERICK, Bar #89424
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JAVIER ROCHA-VASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00272 AWI |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING |
| v. | DATE: April 23, 2012 |
| JAVIER ROCHA-VASQUEZ, | TIME: 9:00 A.M. |
| *Defendant.* | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for January 23, 2012, **may be continued to April 23, 2012 at 9:00 A.M.**

This continuance is at the request of defense counsel to allow time for proper preparation of the case. Defense counsel has retained an expert who has come out from Minnesota to meet with and interview Mr. Rocha. However, additional time is necessary for the expert to complete her evaluation and her report. Defense would like this report before pursuing plea negotiations with the government. In order to properly prepare the case, defense is requesting the additional time. The requested continuance will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and for plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: January 12, 2012     By: /s/ Jeremy Jehangiri
                                JEREMY JEHANGIRI
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 12, 2012     By: /s/ Charles J. Lee
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorney for Defendant
                                JAVIER ROCHA-VASQUEZ

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   January 13, 2012                                    _____
                                                             CHIEF UNITED STATES DISTRICT JUDGE