BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
      United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00272-AWI |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| JAVIER ROCHA-VASQUEZ, | |
| Defendant. | |

      WHEREAS, on April 5, 2013, this Court entered a Preliminary Order of Forfeiture under the provisions of 18 U.S.C. § 2253, based upon the plea agreement between plaintiff and defendant Javier Rocha-Vasquez forfeiting to the United States the following property:

      a.    HP Presario Laptop CQ 50, serial number 2CE8480YMF.

      AND WHEREAS, beginning on May 19, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  The published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of

Final Order of Forfeiture              1

1  publication for a hearing to adjudicate the validity of their alleged legal interest in the
2  forfeited property;
3      AND WHEREAS, the Court has been advised that no third party has filed a claim
4  to the subject property and the time for any person or entity to file a claim has expired.
5      Accordingly, it is hereby ORDERED and ADJUDGED:
6      1. A Final Order of Forfeiture shall be entered forfeiting to the United
7  States of America all right, title, and interest in the above-listed property under 18 U.S.C.
8  § 2253, to be disposed of according to law, including all right, title, and interest of Javier
9  Rocha-Vasquez.
10     2. All right, title, and interest in the above-listed property shall vest
11 solely in the name of the United States of America.
12     3. The Federal Bureau of Investigation, shall maintain custody of and
13 control over the subject property until it is disposed of according to law.
14
15 IT IS SO ORDERED.
16 Dated:   October 29, 2013                                    _____
17                                                  SENIOR   DISTRICT   JUDGE